UNITED STATES
DISTRICT COURT
Western District of Oklahoma
Oklahoma City Division

# 126807 - PW
March 24, 2008

| Code | Case # | Qty | Amount |
|---|---|---|---|
| CIVIL | 1-08-CV-281 | | 350.00 C |

H

Judge - Lee West
Litigate - VALDEZ VS. BARD

Total-> 350.00

FROM: THOMAS STEECE