87BC, CLOSED

# U.S. District Court
# Western District of Oklahoma[LIVE] (Oklahoma City)
# CIVIL DOCKET FOR CASE #: 5:08−cv−00281−W

Valedez v. Bard Inc
Assigned to: Honorable Lee R. West
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 03/18/2008
Date Terminated: 06/20/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Kraig Valedez**

represented by **Lambert D Dunn, Jr**
6303 N Portland Ave
Suite 300
Oklahoma City, OK 73112
405−943−8300
Fax: 405−942−2661
Email: bert_dunn@hotmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bard Inc**
*a foreign corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2008 | Ï 1 | COMPLAINT against Bard Inc, filed by Kraig Valedez. (Attachments: # 1 Civil Cover Sheet)(brs, ) (Entered: 03/18/2008) |
| 03/18/2008 | Ï | Summons Issued as to Bard Inc. (brs, ) (Entered: 03/18/2008) |
| 03/24/2008 | Ï 2 | Receipt for Money Received from Kraig Valedez in the amount of $350.00, receipt number 126807 regarding 1 Complaint (brs, ) (Entered: 03/24/2008) |
| 06/23/2008 | Ï 3 | CONDITIONAL TRANSFER ORDER that this action is transferred under 28 USC 1407 to the District of Rhode Island, and, with the consent of that court assigned to the Honorable Mary M Lisi. Signed by Jeffery N Luthi, Clerk of the Panel. (ap, ) (Entered: 06/23/2008) |